UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK CITY TRIATHLON, LLC,

    Plaintiff,

-against-

NYC TRIATHLON CLUB, INC,

    Defendant.

Index No: 10 CV 1464 (CM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK)

        David Knapp, being duly sworn, deposes and says:

        1. I am over the age of 18 years and am not a party to this action, and am employed by Orrick, Herrington & Sutcliffe LLP.

        2. On the 26th day of March, 2010, at approximately 11:00 AM, I served Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Vacate and In Further Support of Plaintiff's Motion to Enforce the Preliminary Injunction; the Supplemental Declaration of John Korff, dated March 26, 2010; the Declaration of Jan Caillé, dated March 25, 2010; the Declaration of Jack Caress, dated March 25, 2010; the Declaration of Daniel Honig, dated March 25, 2010; the Declaration of Richard Izzo, dated March 25, 2010; the Declaration of Frank Jakes, dated March 25, 2010; the Declaration of Paul Weiss, dated March 25, 2010; and the Declaration of Mary Wittenberg, dated March 24, 2010, by hand upon the following:

        Robert S. Weisbein, Esq.
        Foley and Larnder LLP
        90 Park Avenue
        New York, NY 10016-1314

                                              _____
                                                  David Knapp

Sworn to before me this
29th day of March, 2010

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010