UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE NEW YOK CITY TRIATHLON, LLC,

    Plaintiff,

  -against-

NYC TRIATHLON CLUB, INC.,

    Defendant.

  -and-

CHRISTOPHE VANDAELE and SBR MULTI SPORTS INC.,

    Additional Contemnors

------------------------------------------------------------x

10 Civ. 1464 (CM)(TK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/10

## ORDER OF REFERENCE

McMahon, J:

    The Court has received a Notice of Motion to Hold Additional Contemnors in Contempt for purported violations of this court's orders dated March 9 and May 4, 2010.

    After carefully reviewing the motion papers, I am referring this motion to Magistrate Judge Katz, the assigned magistrate on this case, for a Report and Recommendation.

    In addition to recommending a ruling on the merits of the motion, I would like Judge Katz's recommendation on whether Plaintiff and its counsel should be sanctioned for violating Rule 11 of the Federal Rules of Civil Procedure by making this motion.

Dated: August 5, 2010

                                                                  U.S.D.J.

BY ECF TO ALL COUNSEL