UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

The New York City Triathlon, LLC.,
        Plaintiff(s),

-against-

NYC Triathlon Club, Inc., et al.,
        Defendant(s).
---------------------------------------------------------X

10 Civ. 1464 (CM) (THK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Theodore H. Katz, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

✓ Specific Non-Dispositive Motion/Dispute:*

*Motion to hold additional Contemnors in Contempt.*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: August 5, 2010
      New York, New York

SO ORDERED:

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/10